UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   Civil Action No. 17-30071-MGM |
| MONICA VELEZ, et al., | * |
| | * |
| Defendants. | * |

MEMORANDUM AND ORDER REGARDING REPORT AND
RECOMMENDATION ON PLAINTIFF'S MOTION
FOR ASSESSMENT OF DAMAGES AND ENTRY OF DEFAULT JUDGMENT
(Dkt. Nos. 17, 31)

October 19, 2018

MASTROIANNI, U.S.D.J.

Plaintiff, J&J Sports Products, Inc., as the holder of the exclusive, nationwide, commercial distribution rights to a June 7, 2014 Middleweight Championship Fight between Miguel Cotto and Sergio Martinez ("the Fight"), filed this suit against Defendants, Monica Velez and Los Jibaritos Social Club, LLC seeking damages for violation of federal broadcasting statutes in connection with Defendants' alleged unlawful interception and broadcast of the Fight at their bar and restaurant, located at 635-637 South Street in Holyoke, Massachusetts. Defendants failed to appear or otherwise defend. The clerk entered defaults against them on March 6, 2018. On April 5, 2018 Plaintiff filed its Motion for Default Judgment and Assessment of Damages. The case was referred to Magistrate Judge Katherine A. Robertson and on August 8, 2018 she held a hearing on the motion. On October

3, 2018 she issued her Report and Recommendation ("R&R"), advising that an award enter against Defendants in the amount of $6,452.46. Objections to the R&R were due on October 17, 2018. No objection was filed by any party.

The court has reviewed the R&R, as well as the Plaintiff's original motion. Noting that no objections have been filed, the court, upon *de novo* review, hereby ADOPTS Judge Robertson's R&R (Dkt. No. 31).

The court, therefore, ALLOWS Plaintiff's Motion for Entry of Default Judgement (Dkt. No. 17). The Clerk is ordered to enter a judgment for Plaintiff in the amount of $6,452.46. This case may now be closed.

It is So Ordered.

    /s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge